UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel., JANET WALTON, and TIM
YABLONOWSKI,

      Plaintiffs,

v.                                                                  Case No.:  2:18-cv-818-SPC-NPM

KEVIN PHILIP ROSENBACH,
M.D. et al.,

      Defendants.

_____

## **OPINION AND ORDER**

Before the Court is Plaintiffs United States of America and Relators' Unopposed Motion for Order of Dismissal Pursuant to Fed. R. Civ. P. Rule 41(a)(2) and This Court's June 26, 2026, Order.  (Doc. 74).  Defendants do not oppose the motion.

This is a qui tam action to recover treble damages and penalties under the False Claims Act, 31 U.S.C. §§ 3729–3733.  Plaintiffs request dismissal of all claims asserted in the original complaint without prejudice *except* Counts I and II against Defendants Kevin Philip Rosenbach, M.D. and Kevin P. Rosenbach, M.D. P.A.  Pursuant to 31 U.S.C. § 3730 (b)(1), the United States explains that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination

that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information. Upon due consideration, the Court grants the motion.

Accordingly, it is now **ORDERED:**

1. Plaintiffs United States of America and Relators' Unopposed Motion for Order of Dismissal Pursuant to Fed. R. Civ. P. Rule 41(a)(2) and This Court's June 26, 2026, Order (Doc. 74) is **GRANTED**.

2. The Court **DISMISSES without prejudice** all claims not asserted and defendants not named in the Intervenor Complaint.

3. The Clerk is **DIRECTED** to terminate all defendants on the docket *except* Kevin Philip Rosenbach, M.D. and Kevin P. Rosenbach, M.D. P.A.

4. The Complaint in Intervention Against Defendants Kevin Philip Rosenbach, M.D. and Kevin P. Rosenbach, M.D. P.A. (Doc. 60) will serve as the operative pleading in this case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 13, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2